UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CARL LYNN SCOTT,<br>Petitioner | CIVIL ACTION NO. 5:18-CV-008-P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| WARDEN,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the § 2254 petition is hereby DENIED and DISMISSED with prejudice.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 13th day of July, 2018.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE